FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 SEP 25 PM 4:31
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RANDY SCOTT CAIN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-286
)
EFFINGHAM BOARD OF )
COMMISSIONERS, JIMMY )
MCDUFFIE, DEPUTY G. EDWARDS, )
DEPUTY DANIEL CHEEK, DEPUTY )
DARRELL E. TANNEHILL, and )
DEPUTY LEE WITT, )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's case is **DISMISSED** without prejudice and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of September 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA